UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

JAMES BRYANT,　　　　　　　　　　　　No. 2:09-cv-01433-MCE-DAD

　　　　Plaintiff,

　　v.　　　　　　　　　　　　　　　　**ORDER**

GORDON & WONG LAW GROUP, P.C.,

　　　　Defendant.

----oo0oo----

On September 9, 2009, Defendant Gordon & Wong Law Group, P.C. ("Defendant") filed a Motion for Summary Judgment in this matter, and calendared a hearing on said Motion for October 22, 2009. Defendant's Motion, however, does not include a Statement of Undisputed Facts, as required by Local Rule 56-260(a), which states unequivocally as follows:

> Each motion for summary judgment or summary adjudication shall be accompanied by a "Statement of Undisputed Facts" that shall enumerate discretely each of the specific material facts relied upon in support of the motion and shall cite the particular portions of any pleading, affidavit, deposition, interrogatory answer, admission or other document relied upon to establish that fact.

1

In light of Defendant's failure to comply with this mandatory prerequisite for bringing a motion for summary judgment, its Motion (Docket No. 17) is DENIED,[1] without prejudice to bringing a motion properly in accordance with the Local Rules.  The hearing date of October 22, 2009 is accordingly vacated.

IT IS SO ORDERED.

Dated: October 19, 2009

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

---

[1] Because oral argument would not be of material assistance, this matter was deemed suitable for decision without oral argument.  E.D. Local Rule 78-230(h).